1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  WARREN METLITZKY (CABN 220758)
   Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7066
   Facsimile:  (415) 436-6748
   Email:  warren.metlitzky@usdoj.gov

   Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| CHIKA ELIZABETH UGBAJA, | ) CASE NO. C 14-3410 PJH |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| ROBERT A. MCDONALD, Secretary of Veterans Affairs, | ) |
| Defendant. | ) |

# STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff CHIKA ELIZABETH UGBAJA ("Plaintiff") and ROBERT A. McDONALD, Secretary of Veterans Affairs for the United States of America hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein. Each party will bear its own costs and attorneys' fees.

DATED: March 22, 2016

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

_____/s/_____
WARREN METLITZKY
Assistant United States Attorney

DATED: March 22, 2016

CHIKA UGBAJA

_____/s/ *_____
Chika Ugbaja
Plaintiff, in pro per

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that plaintiff has concurred in the filing of this document.*

# [~~PROPOSED~~] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 23, 2016

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*